UNITED STATES DISTRICT COURT
for the
Southern District of Georgia - Savannah Division

| United States of America | ) |
| v. | ) |
| | ) |
| Charles Gregory Collins | ) |
| | ) |
| Date of Original Judgment:     December 7, 2009 | ) |
| Date of Previous Amended Judgment: N/A | ) |
| *(Use Date of Last Amended Judgment, if any)* | |

Case No:   4:08-CR-00315-4
USM No:   11956-021
Michael G. Schiavone
Defendant's Attorney

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

JUN – 8 2015

CLERK _W-Stuy_
SO. DIST. OF GA

Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated __December 7, 2009,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __JuNE 5, 2015__

_____
*Judge's signature*

William T. Moore, Jr.
Judge, U.S. District Court
Southern District of Georgia

Effective Date: November 1, 2015
       *(if different from order date)*

*Printed name and title*